Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br>vs.<br>COFFEE SHOP, LP dba COFFEE SHOP, et al.,<br><br>    Defendant. | No. 4:17-CV-02912-HSG<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); ORDER** |

**WHEREAS**, on May 22, 2017, Plaintiff, Francisca Moralez ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On May 26, 2017, a Scheduling Order under General Order 56 was issued (ECF No. 5) ("Scheduling Order"). The Scheduling Order required that all defendants be served with the complaint no later than July 21, 2017;

**WHEREAS**, Defendants Penny Pickett and Gregory A. Pickett ("the Pickett Defendants"), are the only remaining defendants to be served in this action;

1     **WHEREAS**, Plaintiff has been diligently attempting to serve the Pickett Defendants with the Summons and Complaint, attempting to effect service on the Pickett Defendants 13 times, on varying dates and times from June 6, 2017 to July 12, 2017, as set forth in the declaration of Zachary Best, filed herewith. Plaintiff has ordered stake-outs in a further attempt to effect service;

    **NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that she be given to and including August 18, 2017 to procedurally effect service of her Complaint on the Pickett defendants.

Dated: July 18, 2017                    MISSION LAW FIRM, A.P.C.

                                      */s/ Zachary M. Best*
                                      Zachary M. Best,
                                      Attorney for Plaintiff,
                                      Francisca Moralez

## **ORDER**

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter filed May 26, 2017 (ECF No. 5) be amended to continue the last day by which Plaintiff must serve the Complaint on defendants Penny Pickett and Gregory A. Pickett from July 21, 2017 to August 18, 2017.

**IT IS SO ORDERED.**

Dated: August 17, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge