Sue J. Stott, Bar No. 91144
SStott@perkinscoie.com
Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
COFFEE SHOP, LP dba COFFEE SHOP and Penny
Pickett, Trustee of the Living Trust of Nellie J.
Prentice dated May 2, 1988, as amended on June 29,
1989 and April 13, 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>COFFEE SHOP, LP. dba COFFEE SHOP, et al.,<br><br>            Defendants. | Case No. 4:17-CV-02912-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADINGS AND TO EXTEND DEADLINE TO CONDUCT GENERAL ORDER 56 JOINT SITE INSPECTION; ORDER**<br><br>Complaint filed: May 22, 2017 |

-1-

Plaintiff Francisca Moralez ("Moralez") and Defendants Coffee Shop LP dba Coffee Shop ("Coffee Shop") and Penny Pickett, Trustee of the Living Trust of Nellie J. Prentice dated May 2, 1988, as amended on June 29, 1989 and April 13, 1993 ("Landlord") (collectively, "Defendants," and together with Moralez, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. This matter arises out of Moralez's claim that she was discriminated against by Defendants on account of her disability when she encountered conditions at Defendants' business that she alleges interfered with her full and equal access thereto in violation of Title III of the Americans with Disabilities Act ("ADA"). This matter therefore proceeds under this District's General Order 56 which governs ADA access matters.

2. The Scheduling Order issued under General Order 56 (Dkt. 5) requires that the Parties, and their consultants (if desired), participate in a joint site inspection of the subject property on or before September 5, 2017.

3. As of September 5, 2017, Defendants have engaged and are now represented by Perkins Coie LLP. Prior to September 5, Coffee Shop was proceeding in pro per and was representing the interests of the Landlord. The Parties have been working on a settlement of all claims raised in the litigation. The Parties respectfully request that the Defendants' deadline to respond to the Complaint be extended to September 12, 2017, and the deadline to complete the joint site inspection be extended from September 5, 2017 to October 11, 2017. As such, the Parties have agreed to conduct the joint site inspection on October 11, 2017 at 1:00 p.m. in order to afford the Parties additional time needed to finalize a settlement and, if necessary, to allow the Parties sufficient time thereafter for the site inspection.

4. The Parties also respectfully request that all other dates triggered by the joint site inspection be continued accordingly, including the date of the Case Management Conference and the deadline to submit a case management conference statement to the Court. Specifically, the Parties agree the Case Management Conference set for September 12, 2017 can be continued and suggest a date after October 11, 2017.

//

| | | |
|---|---|---|
| 1 | DATED: September 5, 2017 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: /s/ Aaron J. Ver |
| | |     Sue J. Stott |
| 4 | |     Aaron J. Ver |
| 5 | | Attorneys for Defendants |
| | | COFFEE SHOP, LP dba COFFEE SHOP; and |
| 6 | | Penny Pickett, Trustee of the Living Trust of |
| | | Nellie J. Prentice dated May 2, 1988, as |
| 7 | | amended on June 29, 1989 and April 13, 1993 |
| 8 | DATED: September 5, 2017 | **MISSION LAW FIRM, A.P.C.** |
| 9 | | |
| 10 | | By: /s/ Zachary M. Best |
| | |     Tanya E. Moore |
| 11 | |     Zachary M. Best |
| 12 | | Attorneys for Plaintiff |
| | | FRANCISCA MORALEZ |

-3-

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND
EXTEND DEADLINE TO CONDUCT G.O. 56 JOINT INSPECTION
Case No: 4:17-CV-02912-HSG

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date Defendants may file their response to the complaint is September 12, 2017, and the Parties are to conduct the joint site inspection on October 11, 2017 at 1:00 p.m. All other dates triggered by the date of the joint site inspection are also continued accordingly. The case management conference statement is due on October 24, 2017, and the case management conference is rescheduled to October 31, 2017 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: September 6, 2017

HAYWOOD S. GILLIAM, JR
United States District Judge